# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Freelinc Technologies, LLC, | Case No. 18-11255 (MFW) |
| Debtor. | |

## NOTICE OF CHANGE FROM ASSET TO NO ASSET CASE

David W. Carickhoff, the Chapter 7 Trustee in the above-captioned matter, after due inquiry, having discovered no assets, hereby gives notice that this is a no asset case.

Dated: March 20, 2024
       Wilmington, Delaware

/s/ David W. Carickhoff
David W. Carickhoff
Chapter 7 Trustee
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 434-4406
Email:  carickhoff@chipmanbrown.com

United States Bankruptcy Court
District of Delaware

In re:     Case No. 18-11255-MFW
FreeLinc Technologies, LLC     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 4
Date Rcvd: Mar 25, 2024     Form ID: pdfana     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | FreeLinc Technologies, LLC, 266 Washington Street, Sherborn, MA 01770-1018 |
| aty | + | Jeffrey R. Waxman, Morris James LLP, 500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19899-2306 |
| aty | | Katharina Earle, Gibbons P.C., 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801-1671 |
| aty | + | William Pierce Bowden, Ashby & Geddes, 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899-0009 |
| tr | + | David W. Carickhoff, Chipman Brown Cicero & Cole, LLP, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801-6114 |
| 13225016 | + | 10645 N. Tatum Blvd, 200-235, 10645 N. Tatum Blvd, 200-235, Phoenix, AZ 85028-3068 |
| 13069253 | | Balamurali K. Ambati, 2050 Good Pasture Loop, Apartment 95, Eugene, OR 97401-1559 |
| 13087835 | + | Brigham Young University Grants & Contracts Acct., c/o Bill Welsh, A-153 ASB, Provo, UT 84602-1014 |
| 13069255 | + | DH Investment, LLC, 15041 E. Camelview Drive, Fountain Hills, AZ 85268-6399 |
| 13163048 | + | Daniel E Moritz II DBA World Wide VIP LLC, 6505 Debhill Lane, Gainesville, VA 20155-4458 |
| 13069254 | | Desjardins-Innovatech SEC, 2828 Boulevard Laurier, Bureau 1625, Tour 1 Complexe Jules-Dallaire, Quebec, G1V 0B9, Canada |
| 13069256 | + | Donald M. Tharp Family Trust, 1031 N. Cherry Street, Mount Carmel, IL 62863-1922 |
| 13069257 | + | Doug Herbert, 15041 E. Camelview Drive, Fountain Hills, AZ 85268-6399 |
| 13069258 | + | Dr. Michael S. Abrams, 266 Washington Street, Sherborn, MA 01770-1018 |
| 13069259 | + | Duchossois Tech, 444 West Lake Street, Suite 2000, Chicago, IL 60606-0040 |
| 13225608 | + | Duchossois Technology Partners, LLC, Vedder Price, P.C., c/o: William Thorsne, 222 N. LaSalle St., Suite 2600, Chicago, IL 60601-1104 |
| 13069260 | + | Entrepia Canada Management, 5201 Great American Parkway, Santa Clara, CA 95054-1122 |
| 13069261 | + | Entrepia Fund II, 5201 Great American Parkway, Suite 456, Santa Clara, CA 95054-1128 |
| 13069262 | | Fondaction, 2175 Boulevard De Maisonneuve, Est Bureau 103, Montreal, Quebec H2K 4S3, Canada, Fonds de Solidarite des travailluers du Quebec |
| 13069263 | | IQ Tech, 413 rue Saint-Jacques, Bureau 500, Montreal, Quebec H2Y 1N9, Canada |
| 13225128 | + | Jeffrey Randall 'Randy' Bailey, 10645 N. Tatum Blvd, 200-235, Phoenix, AZ 85028-3068 |
| 13069264 | + | John Baker, 4483 Ardmore Drive, Bloomfield Hills, MI 48302-2106 |
| 13225252 | | John D Baker, 4483 Ardmore DR, Bloomfield Hills, MI 48302-2106 |
| 13069265 | + | Maggie Ge Wu, 11307 N. 118th Way, Scottsdale, AZ 85259-4152 |
| 13069266 | + | Mark W. Wankel Trust, Dated 7/23/1998, Mark W. Wankel Trustee, 1001 N. Market Street, Suite 209, Mount Carmel, IL 62863-1948 |
| 13069267 | + | Mary's Alabaster Jar, Perpetual Charitable Foundation, Mark W. Wankel Trustee, 1001 N. Market Street, Suite 209, Mount Carmel, IL 62863-1948 |
| 13069268 | + | PENSCO Suzanne Beauchamp IRA, PO Box 173859, Denver, CO 80217-3859 |
| 13069269 | + | Randy Bailey, 5801 E. Mountain View Road, Paradise Valley, AZ 85253-1746 |
| 13069270 | | Regime de rentes du Mouvement Desjardin, 100 Avenue des Commandeurs, Levis, Quebec G6V 7N5, Canada, Rigo Rodriguez 14112 Stoney Gate Place |
| 13225023 | + | Rigo F. Rodriguez, 14112 Stoney Gate Place, San Diego, CA 92128-4252 |
| 13069271 | + | Samuel Seltzer, 2422 Windsor Forest Dr., Florence, SC 29501-2093 |
| 13069272 | | Societe Innovatech du Grand Montreal, c/o Coller Capital 33 Cavendish Square, London, United Kingdom W1G 0TT |
| 13069273 | + | Thomas S. Bridges Revocable Trust, 181 W. Madison Street, 35th Floor, Chicago, IL 60602-4510 |
| 13224724 | + | William L Nyland, 2750 Semoran Circle, pensacola, FL 32503-5040 |
| 13069274 | + | William Spider Nyland, 2750 Semoran Circle, Pensacola, FL 32503-5040 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Mar 25 2024 20:07:00 | U.S. Trustee, Office of the United States Trustee, |

| District/off: 0311-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: pdfana | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| 13069533 | + | Email/Text: michael.brittingham@delaware.gov | Mar 25 2024 20:07:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 12504427 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2024 20:07:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13069532 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Mar 25 2024 20:07:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | *+ | David W. Carickhoff, Chipman Brown Cicero & Cole, LLP, 1313 N. Market Street, Suite 5400, Wilmington, DE 19801-6114 |
| 13156125 | ##+ | H. Olsen Limited Partnership, 1580 S. Main St., Suite 202, Boerne, TX 78006-3312 |
| 13224726 | ##+ | Michael S. Abrams, 22700 Canterbury Lane, Shaker Heights, OH 44122-3910 |
| 13225428 | ##+ | Suzanne Beauchamp, 5604 Brushy Creek Trail, Dallas, TX 75252-2667 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Carickhoff | carickhoff@chipmanbrown.com  DE20@ecfcbis.com |
| Jeffrey R. Waxman | on behalf of Interested Party Neil and Julia Goodwin Revocable Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Interested Party Tharp North Western jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Interested Party Mark W. Wankel Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com |
| Jeffrey R. Waxman | on behalf of Interested Party Don Tharp Investment Group jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com |

Jeffrey R. Waxman
on behalf of Interested Party George Y. Wintle Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Debra Jo Wankel Children's Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Daniel Bosecker jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Wankel Bros LLC jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Neal A. Wankel Irrevocable Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Sherman Lee Weller Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Tharp Investment GOP jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Randall R. Masterson Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party William H. Wheatcroft Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Trustee David W. Carickhoff jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Columbus Oda Krieg Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Steven Smith Revocable Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Danny A. Bosecker Trust jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party William Wheatcroft jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Gary D. and Linda S. Kolb jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Dean R. and Rhonda L. Colyer jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Jeffrey D. & Sherri L. Spruell jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Mark W. Wankel jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Tharp Investment jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Jeffrey R. Waxman
on behalf of Interested Party Dan Stallings jwaxman@morrisjames.com ddepta@morrisjames.com;slisko@morrisjames.com

Katharina Earle
on behalf of Debtor FreeLinc Technologies  LLC kearle@gibbonslaw.com, nmitchell@gibbonslaw.com

U.S. Trustee
USTPRegion03.WL.ECF@USDOJ.GOV

William Pierce Bowden
on behalf of Debtor FreeLinc Technologies  LLC wbowden@ashby-geddes.com, ahrycak@ashbygeddes.com

District/off: 0311-1　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 4 of 4
Date Rcvd: Mar 25, 2024　　　　　　　　　　　　Form ID: pdfana　　　　　　　　　　　　Total Noticed: 39
TOTAL: 28